# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Olympic Web Design LLC | 12/5/2022 | 266310 | Check | $ 10,217.88 |
| Akorn Operating Company, LLC | Olympic Web Design LLC | 2/6/2023 | 267151 | Check | $ 25,850.19 |
| | | | | | $ 36,068.07 |